# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148627

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JOSEPH FRANK HERSHEY,
      Defendant-Appellee.

SC: 148627
COA: 309183
Muskegon CC: 10-059331-FH

_____/

On order of the Court, the application for leave to appeal the December 5, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). We further ORDER the Muskegon Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court. At oral argument, the parties shall address whether the defendant waived his challenges to the scoring of Offense Variable (OV) 16, MCL 777.46, and OV 19, MCL 777.49, when the defendant and his counsel informed the trial court they reviewed and discussed the Presentence Investigation Report and had no additions, deletions or corrections to offer. The parties shall file supplemental briefs within 42 days following the appointment of counsel, but they should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2014



s0520

Clerk